Charles M. CASSELL, III,
Plaintiff—Appellant,

v.

Officer SCHOBER; Corporal Connely; Sergeant Guess; Nurse Cass; Officer Bobby Grubb; Officer Hoppnerath; Deputy Almond; Officer Harp; Officer Dale Hague, Defendants—Appellees.

No. 06–6862.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 10, 2006.

Charles M. Cassell, III, Appellant Pro Se. James Redfern Morgan, Jr., Robert T. Numbers, II, Womble, Carlyle, Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Cassell appeals the district court's order granting his motion for a voluntary dismissal and dismissing with prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cassell v. Schober,* No. 5:01–cv–00153, 2006 WL 1168898 (W.D.N.C. Apr. 25, 2006). Further, we deny Cassell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*